Argued and submitted September 21, 2001, reversed January 23, 2002

Jennifer A. LOWERY,
personal representative for
the Estate of Logan Joseph Lowery,
*Appellant,*

*v.*

CITY LIQUIDATORS, INC.,
an Oregon corporation
and L. Powell Company,
a California corporation,
*Respondents,*

*and*

FORJADOS INDUSTRIALES S.A., DE.,
a Mexican corporation;
Fisa N.V.,
a California corporation;
Forjados Industrials;
and Fisa N.V.,
*Defendants.*

9911-12211; A110995

38 P3d 951

Susan K. Eggum argued the cause for appellant. With her on the briefs was Susan K. Eggum, P.C.

Karen O'Kasey argued the cause for respondent L. Powell Company. With her on the brief was Schwabe, Williamson & Wyatt, P.C.

Michael T. Stone argued the cause for respondent City Liquidators, Inc. On the brief were Barbara L. Johnston and Brisbee & Stockton.

Before Haselton, Presiding Judge, and Linder and Wollheim, Judges.